ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| LUIS RIVERA QUIÑONES, Recurrente, v. DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN, Recurrida. | KLRA202300558 | REVISIÓN procedente del Departamento de Corrección y Rehabilitación. Sobre: solicitud de revisión administrativa. |
|---|---|---|

Panel integrado por su presidente, el juez Hernández Sánchez, la jueza Romero García y la jueza Martínez Cordero.

Romero García, jueza ponente.

SENTENCIA

En San Juan, Puerto Rico, a 25 de enero de 2024.

El pasado 8 de noviembre de 2023, este Tribunal emitió una *Resolución* mediante la cual requirió al recurrente, señor Luis Rivera Quiñones (señor Rivera), que cumpliera con ciertos requisitos reglamentarios previo a que este Tribunal considerase su solicitud de revisión. Además, se le otorgó un término perentorio de 10 días, computado a partir de la notificación de esa *Resolución*, para cumplir con lo requerido.

El 9 de noviembre de 2023, Secretaría notificó al señor Rivera copia de la *Resolución*, no obstante, surge del expediente original que la dirección postal consignada por la secretaria contenía un error, que impidió su notificación al recurrente, por lo que el documento vino devuelto.

A raíz de ello, el 7 de diciembre de 2023, se ordenó a Secretaría que diera cumplimiento a lo ordenado en nuestra *Resolución* del 8 de noviembre de 2023[1], y notificara nuevamente al señor Rivera aquella resolución. En esta segunda ocasión, apercibimos al señor Rivera que estaba obligado a cumplir con los términos de la *Resolución* del 8 de noviembre de 2023, so pena de la desestimación del recurso.

---
[1] Además, se instruyó a Secretaría que hiciera llegar al señor Rivera el formulario intitulado *Declaración en apoyo de solicitud para litigar como indigente (in forma pauperis)*.

Número identificador

SEN2024 _____

Según consta en autos la segunda *Resolución* emitida fue notificada el 8 de diciembre de 2023. Sin embargo, a esta fecha, y transcurridos más de 40 días desde la notificación de las resoluciones, el señor Rivera no ha comparecido.

Por tanto, ante la incomparecencia e incumplimiento del señor Rivera, **desestimamos** este recurso.

Notifíquese.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones